**Entered on Docket
September 10, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: September 10, 2019



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BRUCE CHADBOURNE,<br><br>        Debtor. | ) Bankruptcy Case<br>) No. 19-10668-DM<br>)<br>) CHAPTER 13<br>)<br>)<br>) |

**ORDER RE EXIGENT CIRCUMSTANCES UNDER SECTION 109(h)(3)**

    Debtor submitted a certification setting forth exigent circumstances and explaining why Debtor was unable to obtain budget and credit counseling before filing the instant petition. The court finds that certification unsatisfactory under section 109(h)(3) of the Bankruptcy Code.

                              **\*\*END OF ORDER\*\***

COURT SERVICE LIST

Bruce Chadbourne
1810 Mora Ave.
Calistoga, CA 94515

-2-